**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             Criminal Case No. 08-20429-1
                                                            Civil Case No. 14-02816

TOMMIE DUNN,

    Defendant.
                                                      /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

In accordance with the court's "Opinion and Order Denying Defendant's Motion to Vacate" and related "Order Denying a Certificate of Appealability," entered this date,

IT IS ORDERED that the Clerk of the Court close this case.[1]

                                                                    s/Robert H. Cleland                /
                                                                    ROBERT H. CLELAND
                                                                    UNITED STATES DISTRICT JUDGE

Dated: May 22, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 22, 2018, by electronic and/or ordinary mail.

                                                                  s/Lisa Wagner                    /
                                                                  Case Manager and Deputy Clerk
                                                                  (810) 292-6522

---

[1]The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.